UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-61096

PATRICK A. NEPTUNE,

    Plaintiff,

vs.

CITY OF PLANTATION, LARRY MASSEY
and TODD SMITH,

    Defendants.
_____/

## NOTICE OF REMOVAL

    Defendants, CITY OF PLANTATION, LARRY MASSEY and TODD SMITH, by and through their undersigned attorneys, and pursuant to 28 U.S.C. §1446, remove this action from the 17th Judicial Circuit in and for Broward County, State of Florida, and as grounds therefor state:

    1.    Plaintiff alleges in Count V and VI of the Complaint, claims for alleged violations of his federal constitutional rights (4th and 14th Amendment claims) through 42 U.S.C. §1983.

    2.    Pursuant to 28 U.S.C. §§ 1331 and 1343(a)(3), this Court has original jurisdiction over this action, as this action presents a "federal question" and seeks to redress the alleged deprivation of the Plaintiff's civil rights.

3. Pursuant to 28 U.S.C. §1441(a) and (b) and §1443, this action is removable to this Court.

4. A copy of the only pleading filed in this case is attached as Exhibit "A" to the Notice of Removal in accordance with 28 U.S.C. §1446(a).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via US Mail this 5th day of June, 2012 to: **Pro Se, Patrick Neptune**, PO Box 825471, Pembroke Pines, FL 33082.

> JOHNSON, ANSELMO, MURDOCH,
> BURKE, PIPER & HOCHMAN, PA
> Attorneys for City, Massey and Smith
> 2455 E. Sunrise Blvd., Suite 1000
> Fort Lauderdale, FL 33304
> Tel: 954-463-0100
> Fax: 954-463-2444
>
> By: ___/s/ Scott D. Alexander___
>     E. BRUCE JOHNSON
>     FLA. BAR NO. 262137
>     SCOTT D. ALEXANDER
>     FLA. BAR NO. 05707